IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PAUL THOMAS,                              :
                                         :
    Plaintiff,                           :        CIVIL ACTION NO.
                                         :        1:24-cv-04842-LMM-RGV
v.                                       :
                                         :
EQUIFAX INFORMATION                      :
SERVICES LLC, EXPERIAN                   :
INFORMATION SOLUTIONS, INC.,             :
and TRANS UNION LLC,                     :
                                         :
    Defendants.                          :
                                         :

## **ORDER**

Plaintiff Paul Thomas has notified the Court that he has reached

settlements with all Defendants and that the parties intend to file dismissals in

the near future. Dkt. Nos. [8, 9]. Accordingly, this case is

**ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissals.[1]

The parties are **DIRECTED** to file within SIXTY (60) days of the date of this

Order either (1) the necessary documents to dismiss this case or (2) a joint status

update notifying the Court why they are unable to file such documents.

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation

in any manner.  The parties may move to re-open an administratively closed case at any

time.

2

**IT IS SO ORDERED** this 20th day of November, 2024.

**Leigh Martin May**
**United States District Judge**